UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HALL L. JOHNSON III,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>    Respondent. | No. 2:19-cv-00232-RGK (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Order to Show Cause (Dkt. 6, "OSC"), Petitioner's Respsonse to the OSC (Dkt. 7), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 11). Petitioner did not file any objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: April 11, 2019

R. GARY KLAUSNER
United States District Judge