JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HALL L. JOHNSON III, | ) | No. 2:19-cv-00232-RGK (JDE) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WILLIAM SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: April 11, 2019



R. GARY KLAUSNER
United States District Judge